MOYES SELLERS & HENDRICKS
Keith L. Hendricks (No. 012750)
Louis D. Lopez (No. 021191)
Matthew A. Lensch (No. 024725)
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
Telephone: (602) 604-2141
khendricks@law-msh.com
llopez@law-msh.com
mlensch@law-msh.com
Attorneys for Plaintiff
Grand Canyon Ranch, LLC,
f.k.a. Grand Canyon West Ranch, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon Ranch, LLC, an Arizona limited liability company, f.k.a. Grand Canyon West Ranch, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Sally Jewell, in her official capacity as Secretary of the United States Department of the Interior; *et al.*,<br><br>Defendants. | Case No. 3:03-cv-02496-NVW<br><br>**PLAINTIFF'S SUPPLEMENTAL DISCLOSURE OF EXHIBITS FOR EVIDENTIARY HEARING** |

Pursuant to the Court's orders (ECF Docs. 194 and 200), plaintiff Grand Canyon Ranch, LLC, formerly known as Grand Canyon West Ranch, LLC ("Grand Canyon Ranch"), provides the following supplemental disclosure of exhibits it may use at the evidentiary hearing on September 25, 2013.

**II.    GRAND CANYON RANCH'S LIST OF POTENTIAL EXHIBITS**

Without waiving any objections, Grand Canyon Ranch may use some or all of the following additional exhibits that the United States recently disclosed on September 23,

2013:

51. Drainage modification (GRANDCANYON-DEF-000944 – 955)

52. Record of Decision dated November 18, 2003 (GRANDCANYON-DEF-000956 – 965)

53. Daily Construction Reports (GRANDCANYON-DEF-000968 – 001065)

DATED this 24th day of September, 2013

            **MOYES SELLERS & HENDRICKS**

/s/ *Matthew A. Lensch*
Keith L. Hendricks
Louis D. Lopez
Matthew A. Lensch
Attorneys for Plaintiffs
Grand Canyon Ranch, LLC,
f.k.a. Grand Canyon West Ranch, LLC

**CERTIFICATE OF SERVICE**

☒ I hereby certify that, on September 24, 2013, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF System which will send notification of such filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

 /s/ *Donna Navarro*