IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Grand Canyon West Ranch, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Sally Jewell, et al.,<br><br>    Defendants. | No. CV-03-02496-PCT-NVW |
| Grand Canyon Ranch, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>Fann Contracting, Inc., et al.,<br><br>    Defendants. | No. CV-13-01855-PHX-PGR<br><br>**ORDER** |

The Court having reviewed the Defendant's Motion to Transfer (Doc. 196) filed in CV-03-02496-PCT-NVW, with no objection from opposing counsel, and good cause appearing,

IT IS ORDERED granting the Defendant's Motion to Transfer (Doc. 196).

IT IS FURTHER ORDERED transferring CV-13-01855-PHX-PGR to the Honorable Neil V. Wake.

1    IT IS FURTHER ORDERED that the parties shall utilize the following complete case
2 number for all future filings: CV-13-01855-PHX-NVW.
3    DATED this 25th day of September, 2013.

*/s/ Neil V. Wake*
Neil V. Wake
United States District Judge

- 2 -