Case 3:03-cv-02496-NVW   Document 233   Filed 09/27/13   Page 1 of 3

JOHN S. LEONARDO
United States Attorney
District of Arizona
PETER M. LANTKA
Assistant U.S. Attorney
Indiana State Bar No. 24636-71
Illinois State Bar No. 6277854
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4408
Telephone:  (602) 514-7500
Facsimile:  (602) 514-7760
E-Mail: peter.lantka@usdoj.gov
*Attorneys for the Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Grand Canyon West Ranch LLC, | |
| Plaintiff, | **CIV-03-02496-PCT-NVW** |
| v. | |
| Sally Jewell, Secretary, United States Department of Interior, *et al.*, | **NOTICE OF SERVICE AND FILING** |
| Defendant. | |

Pursuant to this Court's oral instructions on September 26, 2013, the United States gives notice that it has on this date hand-delivered the following to chambers and opposing counsel:

- One "Drainage Study for HURI1(30)-Phase 2 Stations 328+00 to 409+00" with corresponding road plans

- A "Drainage Study Narrative" prepared on September 27, 2013 by Scott Schmidgall, David Smith, Charles Lewis and James Yazzi

Respectfully submitted this 27th day of September, 2013.

JOHN S. LEONARDO
United States Attorney
District of Arizona

| | |
|---|---|
| 1 | |
| 2 | <u>s/ Peter M. Lantka</u> |
| 3 | PETER M. LANTKA<br>Assistant United States Attorney |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Keith L. Hendricks
Moyes Sellers & Hendricks
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
khendricks@law-msh.com
*Attorneys for the Plaintiff*

Robert Alexander Taylor
Mohave County Attorney's Office
P.O. Box 7000
Kingman, AZ 86402-7000
*Attorneys for Defendant Mohave County*


*s/Mary C. Bangart*
U.S. Attorney's Office