IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon Ranch, LLC, an Arizona limited liability company, f.k.a. Grand Canyon West Ranch, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Sally Jewell, Secretary, United States Department of Interior; Mike Pool, in his official capacity as the Acting Director of the Bureau of Land Management; and Mohave County, an Arizona political subdivision,<br><br>Defendants. | No. CV-03-02496-PCT-NVW<br><br>**ORDER** |

The Court has received Defendants' Motion to Dismiss. (Doc. 208). Defendants are ordered to file an Answer to Plaintiff's Second Amended Complaint (Doc. 195) on or before 12 p.m. on October 25, 2013.

This case was reopened pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. (Doc. 138). The current action did not originate with a complaint. It was reopened by motion, and Plaintiff's Emergency Motion to Enforce Settlement Agreement (Doc. 116) was construed as a motion to file a Supplemental Complaint for the convenience of the Court. (Doc. 163). Plaintiffs were ordered to file a complaint as a practical way of outlining the relief requested. (Doc. 163). The Court's order did not

1  trigger all of the procedural rights associated with a complaint.  The expedited nature of
2  the relief requested in this case requires rapid adjudication on the merits of certain claims.
3  It is difficult to proceed in a timely manner without a substantive response from
4  Defendants.  Accordingly, the Court orders Defendants to file a substantive response to
5  Plaintiff's Second Amended Complaint.
6       IT IS THEREFORE ORDERED that Defendants file an Answer to Plaintiff's
7  Second Amended Complaint (Doc. 195) on or before 12 p.m. on October 25, 2013.
8       Dated this 17th day of October, 2013.

_____
Neil V. Wake
United States District Judge