JOHN S. LEONARDO
United States Attorney
District of Arizona
PETER M. LANTKA
Assistant U.S. Attorney
Indiana State Bar No. 24636-71
Illinois State Bar No. 6277854
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
E-Mail: peter.lantka@usdoj.gov
*Attorneys for the Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Grand Canyon West Ranch LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>Sally Jewell, Secretary, United States Department of Interior, *et al.*,<br><br>    Defendants. | **CIV-03-02496-PCT-NVW**<br><br>**NOTICE OF SERVICE AND FILING "DEFENDANT'S PROPOSALS"** |

Pursuant to this Court's October 10, 2013 Order, (Doc. No. 252), the United States provides the following response to Plaintiff's Proposals, with Defendants' comments and/or alternative locations and/or specifications.

Defendant's Proposals are attached hereto as Dft. Ex. A. For ease of reading, the BIA has inserted its comments within the text of Mr. Peterson's Design Proposals in **bold**, delineated by the header "BIA Response."

Defendant's Proposals were prepared by Scott Schmidgall, Highway Engineer; Steve Slade, Supervisory Highway Engineer, P.E.; David Smith, Regional Road Engineer; and Charles Lewis, Environmental Protection Specialist.

Respectfully submitted this 21st day of October, 2013.

                                    JOHN S. LEONARDO
                                    United States Attorney
                                    District of Arizona


                                    *s/ Peter M. Lantka*
                                    PETER M. LANTKA
                                    Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Keith L. Hendricks
Moyes Sellers & Hendricks
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
khendricks@law-msh.com
*Attorneys for the Plaintiff*

Robert Alexander Taylor
Mohave County Attorney's Office
P.O. Box 7000
Kingman, AZ 86402-7000
*Attorneys for Defendant Mohave County*


*s/Mary C. Bangart*
U.S. Attorney's Office