JOHN S. LEONARDO
United States Attorney
District of Arizona
PETER M. LANTKA
Assistant U.S. Attorney
Indiana State Bar No. 24636-71
Illinois State Bar No. 6277854
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Facsimile: (602) 514-7760
E-Mail: peter.lantka@usdoj.gov
*Attorneys for the Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Grand Canyon West Ranch LLC,<br><br>            Plaintiff/Counter-Defendant,<br><br>    v.<br><br>Sally Jewell, Secretary, United States Department of Interior, *et al.*,<br><br>            Defendant/Counter-Claimant. | **CIV-03-02496-PCT-NVW**<br><br>**NOTICE OF ENGINEERS' MEETING** |

Pursuant to this Court's October 10, 2013 Order, (Doc. No. 252), the United States provides gives notice that engineers for Plaintiff and Defendant met at BIA headquarters on October 21, 2013.

The meeting was attended by the following individuals: Troy Peterson, P.E., Principal, Bowman Consulting (Plaintiff's expert); Scott Schmidgall, P.E., Supervisory Highway Engineer, BIA-WRO-DOT (BIA engineer); Steve Slade, P.E., Supervisory Highway Engineer, BIA-WRO-DOT (BIA engineer); Erin Forrest, Public Works Director, Hualapai Tribe; and Michael Fann, Owner, Fann Contracting, Inc.

A summary of the engineers' meeting was prepared by the BIA and circulated among the engineers for review. The summary is attached hereto as Exhibit A. For ease of reading, the attachment is a continuation of parties' individual engineer reports, previously filed at Exhibit A to Doc. No. 257. This new document contains a summary of the engineers' conclusions in a green, bold font, under the header "Engineer's Meeting Recommendations."

The United States' submits that the "Engineer's Meeting Recommendations" do not reflect an agreement by the principal parties, who are scheduled to meet on Monday, October 29, 2013 at 9:30 a.m.  Attached hereto as Exhibit B is an email chain among the engineers reflecting the fact that Plaintiff does not agree with some or all of the engineers' recommendations. *Compare* (Exh B. at p.4)(Oct. 24, 2013, 11:26 a.m. email from Troy Peterson to Scott Schmidgall regarding draft report)("Looks good. Thank you") *with Id.* at p.6 (Oct. 24, 2013, 3:43 p.m. email from Mr. Peterson indicating Plaintiff's lack of agreement).

Respectfully submitted this 27th day of October, 2013.

                        JOHN S. LEONARDO
                        United States Attorney
                        District of Arizona

                        s/ Peter M. Lantka
                        PETER M. LANTKA
                        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 27, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Keith L. Hendricks
Moyes Sellers & Hendricks
1850 North Central Avenue, Suite 1100
Phoenix, Arizona 85004
khendricks@law-msh.com
*Attorneys for the Plaintiff*

Robert Alexander Taylor
Mohave County Attorney's Office
P.O. Box 7000
Kingman, AZ 86402-7000
*Attorneys for Defendant Mohave County*


*s/Mary C. Bangart*
U.S. Attorney's Office

3