# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## CIVIL MINUTES

Phoenix Division

CASE NO.: **CV-03-02496-PCT-NVW**      DATE: October 29, 2013

HON: NEIL V. WAKE

Caption: Grand Canyon West Ranch, LLC v. Sally Jewell, et al.

Deputy Clerk: Nicholas Sommers Crt Rptr/ECR: Laurie Adams

Plaintiff's counsel: Louis Lopez, Jr. and Matthew Lensch
Defendants' counsel: Peter Lantka

=======================================================================

This is the time set for a continuation of the Evidentiary Hearing from September 26, 2013 (see Doc. 227).

9:03 a.m. Counsel are present as stated above. Case status discussed. With a few exceptions, the parties indicate they have settled the remaining issues meant to be discussed at today's hearing. 9:11 a.m. Recess for parties to finalize their agreement

10:29 a.m. Court reconvenes. The parties indicate they have finalized their agreement. Discussion is held regarding what remains in the case. The Court directs Plaintiff's counsel to submit a proposed form of order outlining a delay in the submission of a proposed case management schedule/setting of a scheduling conference until after further mediation. Defendants' counsel indicates he will submit a proposed form of order regarding today's agreements. 11:05 a.m. Court adjourns

Time in Court: 9:03 a.m. to 11:05 a.m.
Hearing Held: 44 minutes