IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon West Ranch LLC, | No. CV-03-02496-PCT-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Sally Jewell, et al., | |
| Defendants. | |

The Court has considered the suggestions of both sides in connection with the Proposed Order Regarding Entry of a Temporary Construction Easement Across Old Diamond Bar Road (Doc. 267). The Court concludes that Defendant's suggestion is more conducive to peace among the parties and therefore will enter the order in the form proposed by Defendants.

Dated this 12th day of November, 2013.

_____
Neil V. Wake
United States District Judge