# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Grand Canyon West Ranch LLC, | No. CV-03-02496-PCT-NVW |
| Plaintiff, | **ORDER** |
| v. | |
| Sally Jewell, et al., | |
| Defendants. | |

The Court having been advised that the parties have resolved the matters raised in Plaintiff's Application for Preliminary Injunction (Doc. 177),

IT IS ORDERED that Plaintiff's Application for Preliminary Injunction (Doc. 177) is denied as moot.

Dated this 12th day of November, 2013.

_____
Neil V. Wake
United States District Judge